IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Morales, Madelyn | Case Number: 08 B 15293 |
|---|---|---|
| | Morales, Jose | Judge: Squires, John H |
| | Printed: 11/04/08 | Filed: 6/16/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 24, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Eastern Savings Bank | Secured | 0.00 | 0.00 |
| 2. | Eastern Savings Bank | Secured | 28,325.45 | 0.00 |
| 3. | United States Dept Of Education | Unsecured | 14,257.83 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 2,300.34 | 0.00 |
| 5. | ACMC Physicians Services | Unsecured | 300.00 | 0.00 |
| 6. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 7. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 8. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 9. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 10. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 11. | Merchants | Unsecured | | No Claim Filed |
| 12. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 13. | Medical Collections | Unsecured | | No Claim Filed |
| 14. | Portfolio Recovery Associates | Unsecured | | No Claim Filed |
| 15. | Northwest Collectors | Unsecured | | No Claim Filed |
| 16. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 17. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 18. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 19. | The Bureau Inc | Unsecured | | No Claim Filed |
| 20. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 21. | Northwest Collectors | Unsecured | | No Claim Filed |
| 22. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 23. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| | | | $ 45,183.62 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Morales, Madelyn  
　　　　　Morales, Jose  
　　　　　Printed: 11/04/08

Case Number:  08 B 15293  
Judge:  Squires, John H  
Filed:  6/16/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

　　　　　　　　　　　　　　Marilyn O. Marshall, Trustee, by:

